## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| **IN RE: CLOBETASOL CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-CB-27240**<br>**16-CB-27241, 16-CB-27242,**<br>**16-CB-27243** |
| **IN RE: DIGOXIN CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-DG-27240**<br>**16-DG-27241,16-DG-27242,**<br>**16-DG-27243** |
| **IN RE: DIVALPROEX ER CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-DV-27240**<br>**16-DV-27241,16-DV-27242,**<br>**16-DV-27243** |
| **IN RE: DOXYCYCLINE CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-DX-27240**<br>**16-DV-27241,16-DX-27242,**<br>**16-DX-27243** |
| **IN RE: ECONAZOLE CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-EC-27240**<br>**16-EC-27241,16-EC-27242,**<br>**16-EC-27243** |
| **IN RE: PRAVASTATIN CASES**<br>*All Direct Purchaser, End-Payer, and*<br>*Indirect Reseller Actions* | **16-PV-27240**<br>**16-PV-27241,16-PV-27242,**<br>**16-PV-27243** |

## <u>ORDER</u>

**AND NOW**, this 16th day of October 2018, upon consideration of the Group 1 Motions

to Dismiss, the responses and replies thereto, and the arguments of counsel, and for the reasons

set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motions are disposed of

as set forth herein to the extent that they seek to dismiss the Sherman Act claims brought by the

Group 1 Direct Purchaser Plaintiffs ("DPPs"), End-Payer Plaintiffs ("EPPs"), and Indirect

Reseller Plaintiffs ("IRPs").[1]  For purposes of Pretrial Order No. 51, this Order shall constitute resolution of the Group 1 Motions.

**A.  Clobetasol Actions**

1.  Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 77 in 16-CB-27241] is **DENIED**;

2.  Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 129 in 16-CB-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the clobetasol EPPs' Class Action Complaint;

3.  Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 39 in 16-CB 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the clobetasol IRPs' Class Action Complaint;

4.  Defendants Wockhardt USA LLC's and Morton Grove Pharmaceuticals, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 177 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs;

5.  Defendants Akorn, Inc.'s and Hi-Tech Pharmacal Co., Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 178 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs;

6.  Defendant Perrigo New York Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 179 in 16-CB027240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs.

7.  Defendants Actavis Holdco U.S., Inc.'s and Actavis Pharma, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 180 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs.

---

[1] To the extent that Group 1 Defendants move to dismiss the state law claims brought on behalf of the Group 1 EPPs and IRPs, the Court intends to address those claims separately.

**B.     Digoxin Actions**

1.     Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 81 in 16-DG-27241] is **DENIED**;

2.     Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 139 in 16-DG-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the digoxin EPPs' Class Action Complaint;

3.     Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 48 in 16-DG 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the digoxin IRPs' Class Action Complaint;

4.     Defendant West-Ward Pharmaceuticals Corp.'s Individual Motion to Dismiss the Class Action Complaints [Doc. No. 192 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;

5.     Defendant Impax Laboratories, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 193 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;

6.     Defendant Par Pharmaceutical Inc.'s  Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 194 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;

7.     Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 195 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs.

**C.     Divalproex ER Actions**

1.     Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 79 in 16-DV-27241] is **DENIED**;

2.     Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No.

102 in 16-DV-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the divalproex ER EPPs' Class Action Complaint;

3.  Defendants' Joint Motion to Dismiss the IRPs' Consolidated Class Action Complaint [Doc. No. 24 in 16-DV-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the divalproex ER IRPs' Class Action Complaint;

4.  Defendants Dr. Reddy's Laboratories, Inc.'s and Zydus Pharmaceuticals [USA], Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 161 in 16-DV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 divalproex ER DPPs, EPPs, and IRPs;

5.  Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 162 in 16-DV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 divalproex ER DPPs, EPPs, and IRPs.

**D.    Doxycycline Actions**

1.  Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 92 in 16-DX-27241] is **DENIED**;

2.  Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 162 in 16-DX-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the doxycycline EPPs' Class Action Complaint;

3.  Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 57 in 16-DX 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the doxycycline IRPs' Class Action Complaint;

4.  Defendant Mayne Pharma Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 295 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

5.  Defendant West-Ward Pharmaceuticals Corp.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 296 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the

Group 1 doxycycline DPPs, EPPs, and IRPs;

6.  Defendant Par Pharmaceutical, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 297 in 16-DX 27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

7.  Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 298 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

8.  Defendant Actavis Holdco U.S., Inc.'s and Actavis Pharma, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 299 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs.

## E.    Econazole Actions

1.  Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 67 in 16-EC-27241] is **DENIED**;

2.  Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 114 in 16-EC-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the econazole EPPs' Class Action Complaint;

3.  Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 23 in 16-EC-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the econazole IRPs' Class Action Complaint;

4.  Defendant Teligent, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 164 in 16-EC-27240] is **GRANTED**.  The Sherman Act claims of the econazole DPPs, EPPs, and IRPs against Defendant Teligent are **DISMISSED** without prejudice.  Econazole Plaintiffs may seek leave to amend their Sherman Act claims against Teligent pursuant to the provisions of Pretrial Order No. 51.

### F. Pravastatin Actions

1.  Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 70 in 16-PC-27241] is **DENIED**;

2.  Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 114 in 16-PV-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the pravastatin EPPs' Class Action Complaint;

3.  Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 33 in 16-PV-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the pravastatin IRPs' Class Action Complaint;

4.  Apotex Corp.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 168 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.

5.  Glenmark Pharmaceuticals, Inc. USA's Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 169 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.

6.  Sandoz Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 170 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**